**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

| | | | |
|---|---|---|---|
| In re: | Keila L. Gray | ) | Case No. 19-20114-RDB13 |
| | DEBTOR | ) | Chapter 13 |

## OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE

**COMES NOW** Debtor, Keila L. Gray, and hereby objects to the Notice of Mortgage Payment Change filed on **November 3, 2020** (hereinafter the "Notice") by creditor, **U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust** (the "Creditor"). The basis for this Objection is as follows:

1. The Notice's change in monthly mortgage payments stems from an increase in escrow expenses due to the Creditor force placing insurance on the collateral property because the existing insurance coverage does not name Creditor's Servicer, SN Servicing, as a loss payee.

2. Also, on November 3, 2020, the same day Creditor filed The Notice, the Creditor filed Doc. #55, the Transfer of Claim Other Than Security, in which Creditor transferred the debt to said Servicer thereby not giving Debtor ample time to update and provide the Servicer with an updated insurance policy. Or in the alternative, increasing Debtors mortgage escrow in bad faith.

3. Debtor is providing Creditor's Servicer with an updated insurance policy naming the Servicer as a Loss Payee which should cause the Creditor and/or Servicer to remove the force placed insurance thereby allowing the monthly mortgage payment to remain the same.

**WHEREFORE**, for the foregoing reasons, Debtor respectfully requests the Court for an order denying and disallowing the Notice of Mortgage Payment Change filed on November 3, 2020 by creditor, **U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust,** thereby allowing the monthly mortgage payment to remain the same, and for such further relief as the Court deems equitable and proper.

Dated: December 1, 2020

Respectfully submitted,
WM Law

s/ Jeffrey L. Wagoner
Jeffrey L. Wagoner, KS#17489
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
bankruptcy@wagonergroup.com
ATTORNEY FOR DEBTOR

## NOTICE WITH OPPORTUNITY FOR NON-EVIDENTIARY HEARING ON OBJECTION

NOTICE IS HEREBY GIVEN that if you fail to file a written response to the above Objection within **30 days** with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before **December 31, 2020** the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

If an objection is timely filed, a non-evidentiary hearing will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room **151**, Kansas City, Kansas 66101, on **January 12, 2021, at 1:30 p.m.,** or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2020, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and first class, US postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

Via ECF Notice to: Michelle R. Ghidotti-Gonsalves, Counsel for Creditor, at:
bknotifications@ghidottiberger.com

U.S. Bank Trust National Association, as
Trustee of the Bungalow Series IV Trust
c/o SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

                                                                  s/ Jeffrey L. Wagoner